# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janel P. Clark<br>      Debtor<br><br>MIDFIRST BANK, its successors and/or assignees<br>      Movant<br>  vs.<br><br>Janel P. Clark<br>      Debtor<br><br>Kenneth E. West<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 23-12751 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about November 8, 2023.

Dated: <u>January 2, 2024</u>

              Respectfully submitted,

              <u>/s/Mark A. Cronin</u>
              Mark A. Cronin, Esq.
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              Phone: (215) 627-1322
              mcronin@kmllawgroup.com