IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Janel P. Clark                        : Case No. 23-12751-AMC

    Debtor(s)


ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
MIDFIRST BANK AND CERTIFICATE OF SERVICE

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.  Debtor requests that a witness appear to prove that she is actually owes three (3) months.  Debtor does authorize Midfirst Bank to communicate directly with the Debtor as she has requested.
7. Denied.
8. Denied.
9. Denied.
10. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated:  October 14, 2024

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated:  October 14, 2024