**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Janel P. Clark | : | |
| | : | Bankruptcy No. 23-12751-AMC |
| | : | |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss filed at Docket entry #41.

Respectfully submitted,

Date: February 5, 2025

/s/ Kenneth E. West, Esq
Kenneth E. West, Esq.
Chapter 13 Standing Trustee