IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                  :    CHAPTER 13
                        :
Janel P. Clark          :    CASE NO.  23-12751-amc
       Debtor           :


NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE


     Debtors, by attorney David M. Offen, have filed a Motion to
Approve Personal Injury Settlement.

     Your rights may be affected.  You should read these papers
carefully and discuss them with your attorney, if you have one in this
bankruptcy case.  (If you do not have an attorney, you may wish to
consult an attorney.)

     1. If you do not want the Court to grant the relief sought in the
motion or if you want the court to consider your views on the motion,
then on or before **February 26, 2025**, you or your attorney must do all
of the following:

     (a) file an answer explaining your position at:

          Office of the Clerk
          U.S. Bankruptcy Court
          900 Market Street, Suite 400
          Philadelphia, Pa. 19107

     If you mail your answer to the Bankruptcy Clerks office for
filing, you must mail it early enough so that it will be received on
or before the date stated above; and

      (b) mail a copy to the Movant's Attorney

          David M. Offen, Esquire
          The Curtis Center
          601 Walnut Street, Suite 160 West
          Philadelphia, Pa. 19106
          215-625-9600
          info@offenlaw.com

          Kenneth E. West, Trustee
          PO Box 1229
          Philadelphia, PA 19105

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the Motion.

3.   A hearing on the Motion is scheduled to be held before the **Honorable Ashely M. Chan, Chief United States Bankruptcy Judge** on **March 27, 2025** at **11:00 AM** in **Courtroom #4,** United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.