```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


      IN RE:                  :     CHAPTER 13
                              :
      Janel P. Clark          :     CASE NO.  23-12751-DJB
          Debtor              :
```

ORDER

AND NOW, on this _____ day of _____, 2025, upon consideration of the Debtor's Motion to Approve Personal Injury Settlement, it is hereby ORDERED and DECREED that the Motion is Approved and distributions as outlined on the settlement distribution sheet filed March 26, 2025 are approved.  Payment shall be made to the law firm consistent therewith.  The debtor's exemption of $27,900 shall be paid to the debtor.  The remaining balance of $26,973.59 shall be paid to the Trustee, to be held as a special receipt pending Court approval of a modified plan.  The Motion to Modify shall be filed within 10 days of the entry of this Order

**Date: March 27, 2025**

DATED:                                  HONORABLE DEREK J. BAKER
                                        UNITED STATES BANKRUPTCY JUDGE