United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12751-djb |
| Janel P. Clark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janel P. Clark, 2416 North Colorado Street, Philadelphia, PA 19132-4309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

DAVID M. OFFEN
    on behalf of Debtor Janel P. Clark dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 28, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:              :    CHAPTER 13
                         :
     Janel P. Clark      :    CASE NO.  23-12751-DJB
          Debtor         :
```

## ORDER

AND NOW, on this _____ day of _____, 2025, upon consideration of the Debtor's Motion to Approve Personal Injury Settlement, it is hereby ORDERED and DECREED that the Motion is Approved and distributions as outlined on the settlement distribution sheet filed March 26, 2025 are approved.  Payment shall be made to the law firm consistent therewith.  The debtor's exemption of $27,900 shall be paid to the debtor.  The remaining balance of $26,973.59 shall be paid to the Trustee, to be held as a special receipt pending Court approval of a modified plan.  The Motion to Modify shall be filed within 10 days of the entry of this Order

**Date: March 27, 2025**

DATED:                              _____
                                    HONORABLE DEREK J. BAKER
                                    UNITED STATES BANKRUPTCY JUDGE