IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Janel P. Clark | ) | Chapter 13 |
|         Debtor(s) | ) | |
| | ) | 23-12751-djb |
| | ) | |
| | ) | |

CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN

I hereby certify that I have received no Answer, Objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated:   April 16, 2025          /s/ David M. Offen
                                 David M. Offen, Esquire
                                 Attorney for Debtor(s)
                                 The Curtis Center
                                 601 Walnut Street, Suite 160 West
                                 Philadelphia, PA 19106
                                 215-625-9600
                                 info@offenlaw.com