UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Janel P. Clark | : | Chapter 13 |
| | : | |
| | : | Case No. 23-12751(DJB) |
| | : | |
| Debtor [s]. | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 57, the "Motion");

It is hereby ordered that

1)   The Motion is granted; and

2)   The Modified Plan (doc. # 56) is approved.

DATE:  **September 18, 2025**            _____
　　　　　　　　　　　　　　　　　　　　　　　DEREK J. BAKER
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE