IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Janel P. Clark** | ) | Chapter 13 |
| **Debtor(s)** | ) | |
| | ) | 23-12751-djb |
| | ) | |
| | ) | |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

Dated:   December 10, 2025      /s/ David M. Offen
David M. Offen, Esquire
Attorney for Debtor(s)
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
215-625-9600
info@offenlaw.com