Certificate Number: 01721-PAE-DE-040598291

Bankruptcy Case Number: 23-12751



01721-PAE-DE-040598291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2026, at 2:56 o'clock AM EST, Janel Clark completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 9, 2026                    By:     /s/Robin Vasselo

Name:  Robin Vasselo

Title:   Counselor