UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| **Janel P. Clark** | : | |
| **Debtor(s)** | : | **No.  23-12751-djb** |

**STIPULATION OF SETTLEMENT AUTHORIZING THE CHAPTER 13 TRUSTEE TO INCREASE THE BASE AMOUNT OF THE CHAPTER 13 PLAN TO PAY OFF 100% OF ALL UNSECURED CLAIMS**

This Stipulation is entered into by and between Debtor, Janel P. Clark, by her Counsel, David M. Offen, and the Chapter 13 Trustee, Kenneth E West, and provides as follows;

WHEREAS, the Debtor has a confirmed Chapter 13 plan which provides for less than a 100% dividend to unsecured creditors;

WHEREAS, the Debtor wishes to pay off this case early; and the Debtor, has inherited a large sum of money, which substantially exceeds any exemptions she may have ;and

WHEREAS the Debtor has recently paid $32,516.00 directly to Kenneth E West, Chapter 13 Trustee which funding allows for the trustee to pay off the plan with a 100% distribution to unsecured creditors.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. This Stipulation shall be subject to approval by the United States Bankruptcy Court.

2. The $32,516.00 recently paid by the debtor, directly to Kenneth E West, Chapter 13 Trustee, shall pay off the plan with a 100% distribution to creditors.

3. The Standing Chapter 13 Trustee, Kenneth E West, is authorized to adjust the percentage to unsecured creditors based on the funds received in accordance with 11 USC Section 1329.

4. Upon approval, the Trustee shall distribute the funds to the remaining creditors and process the case for discharge.

5. Each party acknowledges that they have the authority to enter into this Stipulation and that no further consents or approvals are necessary for it to be binding.

6. This Stipulation constitutes the entire agreement between the parties with respect to the subject

matter hereof.

CONSENTED TO BY:
DATE:  February 17, 2026                                    /s/ David M. Offen
                                                           David M. Offen, Esquire
                                                           Counsel for the Debtor

DATED: February 17, 2026                                    /s/ Kenneth E. West
                                                           Kenneth E. West
                                                           Chapter 13 Trustee

**DATED: _____            APPROVED AS AN ORDER OF THIS COURT**

_____

**HONORABLE DEREK J. BAKER
BANKRUPTCY COURT JUDGE**