United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                     Case No. 23-12751-djb

Janel P. Clark                                       Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janel P. Clark, 2416 North Colorado Street, Philadelphia, PA 19132-4309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |
| | on behalf of Debtor Janel P. Clark ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | |
| | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                  User: admin                                              Page 2 of 2
Date Rcvd: Feb 20, 2026                              Form ID: pdf900                                      Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
|  | : |  |
| **Janel P. Clark** | : |  |
| **Debtor(s)** | : | **No.  23-12751-djb** |

**STIPULATION OF SETTLEMENT AUTHORIZING THE CHAPTER 13 TRUSTEE TO
INCREASE THE BASE AMOUNT OF THE CHAPTER 13 PLAN TO PAY OFF 100% OF ALL
UNSECURED CLAIMS**

This Stipulation is entered into by and between Debtor, Janel P. Clark, by her Counsel, David M. Offen, and the Chapter 13 Trustee, Kenneth E West, and provides as follows;

WHEREAS, the Debtor has a confirmed Chapter 13 plan which provides for less than a 100% dividend to unsecured creditors;

WHEREAS, the Debtor wishes to pay off this case early; and the Debtor, has inherited a large sum of money, which substantially exceeds any exemptions she may have ;and

WHEREAS the Debtor has recently paid $32,516.00 directly to Kenneth E West, Chapter 13 Trustee which funding allows for the trustee to pay off the plan with a 100% distribution to unsecured creditors.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. This Stipulation shall be subject to approval by the United States Bankruptcy Court.

2. The $32,516.00 recently paid by the debtor, directly to Kenneth E West, Chapter 13 Trustee, shall pay off the plan with a 100% distribution to creditors.

3. The Standing Chapter 13 Trustee, Kenneth E West, is authorized to adjust the percentage to unsecured creditors based on the funds received in accordance with 11 USC Section 1329.

4. Upon approval, the Trustee shall distribute the funds to the remaining creditors and process the case for discharge.

5. Each party acknowledges that they have the authority to enter into this Stipulation and that no further consents or approvals are necessary for it to be binding.

6. This Stipulation constitutes the entire agreement between the parties with respect to the subject

matter hereof.

CONSENTED TO BY:
DATE:  February 17, 2026                          /s/ David M. Offen
                                                 David M. Offen, Esquire
                                                 Counsel for the Debtor

DATED: February 17, 2026                          /s/ Kenneth E. West
                                                 Kenneth E. West
                                                 Chapter 13 Trustee

DATED: **February 20, 2026**        **APPROVED AS AN ORDER OF THIS COURT**

                                   _____
                                   **HONORABLE DEREK J. BAKER**
                                   **BANKRUPTCY COURT JUDGE**