**Fill in this information to identify the case:**

Debtor 1 **JANEL P. CLARK**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania** (State)

Case Number **23-12751-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** U.S. DEPARTMENT OF HUD

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 2 8

**Property Address:**

2416 NORTH COLORADO STREET
Number Street

Philadelphia PA 19132
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ -0- |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. | Total amount of arrearages disbursed by the trustee: | $ -0- |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West — Date 10/22/2026
Signature

Trustee: Kenneth E. West
First Name / Middle Name / Last Name

Address: 190 N. Independence Mall West, Suite 701
Number / Street

Philadelphia PA 19106
City / State / ZIP Code

Contact phone (215) 627-1377 Email info@ph13trustee.com

# History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |