**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JANEL P. CLARK** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **23-12751-DJB** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** MIDFIRST BANK

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 8 8

**Property Address:**

2416 NORTH COLORADO STREET
Number Street

Philadelphia PA 19132
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,956.34 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,956.34 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,956.34 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West — Date 10/22/2026
Signature

Trustee: Kenneth E. West
First Name / Middle Name / Last Name

Address: 190 N. Independence Mall West, Suite 701
Number / Street

Philadelphia / PA / 19106
City / State / ZIP Code

Contact phone: (215) 627-1377 Email: info@ph13trustee.com

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 04/10/2024 | 4003946 | Disbursement To Creditor/Principal | 38.71 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 05/13/2024 | 4004852 | Disbursement To Creditor/Principal | 120.34 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 06/14/2024 | 4005782 | Disbursement To Creditor/Principal | 150.42 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 07/17/2024 | 4006737 | Disbursement To Creditor/Principal | 150.42 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 08/14/2024 | 4007664 | Disbursement To Creditor/Principal | 120.34 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 09/11/2024 | 4008512 | Disbursement To Creditor/Principal | 60.17 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 10/16/2024 | 4009374 | Disbursement To Creditor/Principal | 120.67 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 11/13/2024 | 4010293 | Disbursement To Creditor/Principal | 91.25 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 12/11/2024 | 4011135 | Disbursement To Creditor/Principal | 121.67 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 01/15/2025 | 4011987 | Disbursement To Creditor/Principal | 121.68 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 02/12/2025 | 4012847 | Disbursement To Creditor/Principal | 30.42 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 03/12/2025 | 4013700 | Disbursement To Creditor/Principal | 30.42 |
| 8 | MIDFIRST BANK | Secured Arrears Mortgage | 10/15/2025 | 4019661 | Disbursement To Creditor/Principal | 799.83 |
| | | | | | Total for Claim Number 8: | 1,956.34 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,956.34** |